# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA– SOUTHERN DIVISION

| | |
|---|---|
| ROLAND ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM, INC.,<br><br>    Defendants. | CASE NO. EDCV10-00117 AG (DTBx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT**<br><br>Courtroom:  10D<br>Judge:       Hon. Andrew J. Guilford<br>Trial Date:  None Set |

In the interests of expedient and just resolution of Plaintiff Roland Romero's pro se case against Defendant Qualcomm Incorporated, this Court set a scheduling conference for March 1, 2010, at 9:00 a.m. before the Hon. Andrew Guilford. Based on Romero's request to appear at the conference telephonically, the Court granted him an accommodation and agreed to allow him to appear at the conference telephonically. He failed to appear. Therefore, the Court continued the conference to March 8, 2010, at 9:00 a.m. for an Order to Show Cause why the case should not be dismissed or sanctions awarded. Again, the Court allowed Romero to appear telephonically.

On March 8, 2010, at 9:00 a.m. the matter came on for hearing on the Court's Order to Show Cause before the Honorable Andrew J. Guilford, presiding. Melissa Listug Klick of Paul, Plevin, Sullivan & Connaughton LLP appeared telephonically

on behalf of Defendant Qualcomm Incorporated.  Romero failed to appear.  The Court left a message with Romero and allowed him until 9:30 to appear.  He failed to do so.  Thus, at approximately 9:45 a.m. the Court dismissed Romero's complaint, in its entirety, for failure to prosecute.  Defendant will submit its costs pursuant to Local Rule.

IT IS SO ORDERED.

Dated: April 12, 2010

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE